ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ARMAND D. ROTH, CSBN 214624
Special Assistant United States Attorney
California Bar No. 160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CORPORAL CALEB J. LINN,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. EDCV 13-622-CJC (FFM)<br><br>**JUDGMENT OF REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

1  The Court having approved the parties' stipulation to voluntary remand pursuant to
2  sentence four of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED, ADJUDGED
3
4  AND DECREED that the above-captioned action is remanded to the
5  Commissioner of Social Security for further proceedings consistent with the
6  stipulation to remand.
7
8  DATED: January 30, 2014
9                              THE HONORABLE CORMAC J. CARNEY
10                             UNITED STATES DISTRICT JUDGE

-2-